UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **CLAUDIA A SAVOY** | **CASE NO. 2:20-CV-01127** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **SERVICE COMPANIES INC** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion to Dismiss Pursuant to Fed.R.Civ. P. 12(B)(6) (Doc. 6) is hereby **GRANTED** dismissing with prejudice, Plaintiff, Claudia A. Savoy's Complaint and Amended Complaint as time barred.

**THUS DONE AND SIGNED** in Chambers on this 23rd day of February, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**